JOSEPH KRAMER, Respondent, v. KENNETH VAN STRUM, Defendant, Impleaded with PARK LANE GARAGE, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.

THE SCHMITZ & SCHRODER COMPANY, Respondent, v. ARNOLD WOLFF STORES CORPORATION and DAVID FRIEDMAN, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

NEW YORK LIFE INSURANCE COMPANY, Respondent, v. EVELYN LICHTENSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PERLIE P. FALLON, Appellant, v. NORMAL SHOE CO., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALFRED SCHMIDT and Another, Appellants, v. SAMUEL H. KRIDEL and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. ·

FRANCIS C. SCHWAB, as Trustee of SCHWAB TERMINAL TRUST, Appellant, v. THURMAN LEE and Others, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

EVA SHAPIRO, Respondent, v. LEGAL REALTY CO., INC., and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ANTHONY TREBINO, Respondent, v. HENRY A. LIBAIRE and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

KATHERINE DURHAM, Respondent, v. RUSSEKS FIFTH AVENUE, INC., Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $4,690.14; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.